UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

A.S. LECLAIR COMPANY, INC.,

    Plaintiff,

v.

    Case No. 2:15-cv-2421
    CHIEF JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Kemp

ARISTIDES JURADO,

    Defendant.

## ORDER

On October 16, 2015, the Magistrate Judge issued a Report and Recommendation in this case recommending that the Plaintiff's Motion to Remand (ECF No. 8) and Supplemental Motion to Remand (ECF No. 17) be granted (ECF No. 20; the "Report and Recommendation"). The Report and Recommendation advised the parties that failure to object within fourteen days would result in a waiver of review. The time period for objections has run and no party has objected to the Report and Recommendation. Accordingly, the Report and Recommendation is **ADOPTED** and this action is **REMANDED** to state court.

IT IS SO ORDERED.

11-24-2015
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT CHIEF JUDGE